IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Case No.:

**6:14-cv-138-Orl-28GJK**

SANDRA COMPTON,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES,
LLC and I.C. SYSTEM, INC.,

    Defendants.
_____/
_____

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORGANGE COUNTY, FLORIDA
CIVIL DIVISION

SANDRA COMPTON,

    Plaintiff,                                     **Case No.: 2012-CA-7927**
                                                                **DIV: 39**

v.

PORTFOLIO RECOVERY ASSOCIATES,
LLC and I.C. SYSTEM, INC.,

    Defendants.
_____/

## NOTICE OF REMOVAL

TO THE CLERK OF THE COURT:

    Kindly file the attached Petition of Defendant, I.C. SYSTEM, INC. ("Defendant"), for removal to the United States District Court for the Middle District of Florida of record in the above above-captioned matter.

    Pursuant to 28 U.S.C. 1446(d), "the State court shall proceed no further unless and until the case is remanded."

Respectfully submitted by:

/s/ Dale T. Golden
Dale T. Golden, Esq.
Florida Bar No.: 094080
**GOLDEN SCAZ GAGAIN, PLLC**
201 North Armenia Avenue
Tampa, Florida  33609
Telephone No.: 813-251-5500
Facsimile:       813-251-3675
dgolden@gsgfirm.com
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via email to Dawn Austin Hulbert at dmitchell@ForThePeople.com and mgraves@forthepeople.com, and Robert E. Sickles at rsickles@hinshawlaw.com and knovak@hinshawlaw.com on this 24th day of January, 2013.

/s/ Dale T. Golden
**GOLDEN SCAZ GAGAIN, PLLC**
Dale T. Golden, Esquire
FBN:  0094080
201 North Armenia Avenue
Tampa, Florida  33609
Phone:  813-251-5500
Fax:  813-251-3675
Email: dgolden@gsgfirm.com
Attorneys for Defendant