UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SANDRA COMPTON,

  Plaintiff,   CASE NO. 6:14-CV-138-ORL-28GJK

-vs-

PORTFOLIO RECOVERY ASSOCIATES,
LLC and I.C. SYSTEM, INC.,

  Defendants.
_____/

### NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____   IS   related to pending or closed or civil case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

__X__   IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated: January 31, 2014

_s / David P. Mitchell_____
David P. Mitchell, Esquire
Florida Bar #067249
Morgan & Morgan, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tele: (813) 223-5505
Primary Email: DMitchell@ForThePeople.com
Secondary Email: VMarrero@ForThePeople.com
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2014, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send a notice of electronic filings via the Court's ECF system to the following:  Dale T. Golden, Esquire, Golden & Scaz, PLLC, GSservice@gsgfirm.com;  lbrooks@gsgfirm.com;  Robert E. Sickles, Esquire, Hinshaw & Culbertson, LLP; rsickles@hinshawlaw.com; KNovak@hinshawlaw.com.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: None

_s/ David P. Mitchell_____
David P. Mitchell, Esquire
Florida Bar #:  067249