UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SANDRA COMPTON,

    Plaintiff,                                               Case No.: 6:14-cv-138-Orl-28GJK

v.

PORTFOLIO RECOVERY
ASSOCIATES, LLC and I.C. SYSTEM,
INC.,

    Defendants.
_____/

**DEFENDANT'S NOTICE
OF WITHDRAWAL OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW, Defendant I.C. SYSTEM, INC. ("Defendant"), by and through its undersigned counsel, and hereby gives Notice of the Withdrawal of Defendant's Motion for Summary Judgment (DE 9), and states as follows:

1. This action was commenced in the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida on or about May 10, 2012.

2. On or about October 22, 2012, Defendant filed a Motion for Summary Judgment.[1]

3. On or about January 14, 2014, Plaintiff was granted leave to Amend her Complaint to assert a claim under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et. seq.* ("FDCPA").

4. On January 27, 2014, Defendant filed a petition for removal of this action to the United States District Court, Middle District of Florida, on the basis of federal question jurisdiction. *See,* DE 1.

---

[1] Defendant's Motion for Summary Judgment appears on the federal court docket as DE 9.

Page **1** of **3**

5. Upon removal of this action, Defendant pending Motion for Summary Judgment was docketed as DE 9.

6. Because Defendant's pending Motion for Summary Judgment is directed at Plaintiff's original Complaint, which has since been supplanted by Plaintiff's Amended Complaint, Defendant hereby withdraws its pending Motion for Summary Judgment (DE 9).

Respectfully submitted by:

/s/ Dale T. Golden
DALE T. GOLDEN, ESQ.
Florida Bar No.: 0094080
/s/ Benjamin W. Raslavich
BENJAMIN W. RASLAVICH, ESQ.
Florida Bar No.: 0102808
**GOLDEN SCAZ GAGAIN, PLLC**
201 North Armenia Avenue
Tampa, Florida 33609-2303
Phone: (813) 251-5500
Fax: (813) 251-3675
dgolden@gsgfirm.com
braslavich@gsgfirm.com
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

   /s/ Benjamin W. Raslavich
BENJAMIN W. RASLAVICH, ESQ.
Florida Bar No.: 0102808